MAURICE A. O'KEEFE, PLAINTIFF-RESPONDENT, v. THOMAS G. DUNN, ETC., *ET AL.*, DEFENDANTS-APPELLANTS.

Argued May 9, 1966—Decided May 23, 1966.

*Mr. Edward W. McGrath* argued the cause for appellants.

*Mr. William Miller* argued the cause for respondent.

PER CURIAM. The judgment is affirmed essentially for the reasons given by the trial court in its opinion reported in 89 *N. J. Super.* 383 (*Law Div.* 1965).

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.